# EXHIBIT 1

Int. Cls.: 9 and 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,841,700
Registered June 28, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## CARHARTT

CARHARTT, INC. (MICHIGAN CORPORATION)
THREE PARKLANE BLVD.
P.O. BOX 600
DEARBORN, MI 48121

FOR: FLAME RESISTENT CLOTHING; NAMELY, JEANS, COVERALLS, SHIRTS, COATS, VESTS, HOODS, BIB OVERALLS, AND JACKETS, IN CLASS 9 (U.S. CL. 39).

FIRST USE 6-9-1993; IN COMMERCE 6-9-1993.

FOR: CLOTHING FOR ADULTS AND CHILDREN; NAMELY, COATS, T-SHIRTS, ROVER SHIRTS, LONG UNDERWEAR, TOPS, BOTTOMS, BIB OVERALLS, PANTS, JACKETS, VESTS, COVERALLS, JEANS, SUSPENDERS, VESTS, SHIRTS, SWEATSHIRTS, SWEATPANTS, SHORTS, HOODS, HATS, SOCKS AND GLOVES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1889; IN COMMERCE 0-0-1889.

OWNER OF U.S. REG. NO. 1,193,235.

SEC. 2(F).

SER. NO. 74-404,326, FILED 6-22-1993.

KATHERINE STOIDES, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# CARHARTT

**Reg. No. 5,683,486**
**Registered Feb. 26, 2019**
**Int. Cl.: 9, 10, 12, 16, 21**
**Trademark**
**Principal Register**

Carhartt, Inc. (MICHIGAN CORPORATION)
5750 Mercury Drive
Dearborn, MICHIGAN 48126

CLASS 9: Protective glasses; protective work gloves; protective industrial boots; cell phone cases; carrying cases specially adapted for electronic equipment, namely, laptop computers

FIRST USE 10-31-2012; IN COMMERCE 10-31-2012

CLASS 10: Surgical scrub pants; surgical scrub tops; compression garments

FIRST USE 10-31-2009; IN COMMERCE 10-31-2009

CLASS 12: Automotive windshield shade screens; car interior organizer bags specifically adapted for fitting in vehicles; fitted car seat covers

FIRST USE 5-00-2017; IN COMMERCE 5-00-2017

CLASS 16: Notebooks; stickers; posters

FIRST USE 00-00-2016; IN COMMERCE 00-00-2016

CLASS 21: Lunch boxes; hydration packs containing personal fluid hydration systems; water bottles sold empty; coffee mugs; insulated sleeve beverage holders for beverage cups; portable beverage container holders

FIRST USE 00-00-2016; IN COMMERCE 00-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1841700, 4432540, 5256847

SEC.2(F)

SER. NO. 87-750,327, FILED 01-10-2018



Director of the United States
Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,193,235
                                                Registered Apr. 6, 1982

**TRADEMARK**
Principal Register



Carhartt, Inc. (Michigan corporation)
One Parklane Blvd.
Dearborn, Mich. 48121

For: CLOTHING—NAMELY, SHIRTS, PANTS, COATS, JACKETS AND OVERALLS, in CLASS 25 (U.S. Cl. 39).

First use 1967; in commerce 1967.
Owner of U.S. Reg. No. 824,085.

Ser. No. 284,991, filed Nov. 7, 1980.

PAUL F. GAST, Primary Examiner

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,302,600**
**Registered Mar. 12, 2013**
**Int. Cl.: 25**
**TRADEMARK**
**PRINCIPAL REGISTER**

CARHARTT, INC. (MICHIGAN CORPORATION)
5750 MERCURY DRIVE
DEARBORN, MI 48126

FOR: CLOTHING, NAMELY, COATS, SHIRTS, T-SHIRTS, UNDERWEAR, LONG UNDER-WEAR, TOPS, BOTTOMS, BIB OVERALLS, PANTS, JACKETS, VESTS, COVERALLS, JEANS, SWEAT PANTS, SWEAT SHIRTS, SHORTS, PARKAS, JEAN JACKETS, SWEATERS, HATS, CAPS, BELTS, SUSPENDERS, BANDANAS, HOODS, RAINWEAR, GLOVES, SOCKS, HEADBANDS, SCARVES, GAITERS; HEADWEAR; FOOTWEAR; BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-1-2012; IN COMMERCE 2-1-2012.

OWNER OF U.S. REG. NOS. 1,193,235, 3,805,359, AND OTHERS.

THE COLOR(S) WHITE AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE FOLLOWING: THE WORDING "CARHARTT" IN THE COLOR WHITE TO THE LEFT OF A "C" DESIGN IN THE COLOR GOLD. THE COLOR BLACK REPRESENTS BACKGROUND, OUTLINING, SHADING AND/OR TRANSPARENT AREAS AND IS NOT PART OF THE MARK.

SN 85-529,810, FILED 1-31-2012.

BARNEY CHARLON, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,385,038**
**Registered Aug. 13, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARHARTT, INC. (MICHIGAN CORPORATION)
5750 MERCURY DRIVE
DEARBORN, MI 48126

FOR: CLOTHING, NAMELY, COATS, SHIRTS, T-SHIRTS, UNDERWEAR, LONG UNDER-WEAR, TOPS, BOTTOMS, BIB OVERALLS, PANTS, JACKETS, VESTS, COVERALLS, JEANS, SWEAT PANTS, SWEAT SHIRTS, SHORTS, PARKAS, DENIM JACKETS, SWEATERS, HATS, CAPS, BELTS, SUSPENDERS, BANDANAS, HOODS, RAINWEAR, GLOVES, SOCKS, HEADBANDS, SCARVES, GAITERS; HEADWEAR; FOOTWEAR; BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-2013; IN COMMERCE 1-2-2013.

OWNER OF U.S. REG. NOS. 1,193,235, 3,805,359, AND OTHERS.

THE COLOR(S) WHITE AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "CARHARTT" IN THE COLOR WHITE UNDER A "C" DESIGN IN THE COLOR GOLD. THE COLOR BLACK APPEARS AS THE BACKGROUND ONLY, AND IS NOT PART OF THE MARK.

SN 85-591,132, FILED 4-6-2012.

FRANK LATTUCA, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,595,490
Registered Mar. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

*Carhartt*

CARHARTT, INC. (MICHIGAN CORPORATION)
5750 MERCURY DRIVE
DEARBORN, MI 48121

FOR: CLOTHING, NAMELY, T-SHIRTS, TOPS, BOTTOMS, SHIRTS, SWEATSHIRTS, SWEATPANTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-31-2007; IN COMMERCE 1-31-2007.

OWNER OF U.S. REG. NOS. 1,841,700, 2,999,170, AND OTHERS.

THE MARK CONSISTS OF THE MARK "CARHARTT" IN STYLIZED LETTERING.

SEC. 2(F).

SN 77-171,969, FILED 5-3-2007.

WANDA KAY PRICE, EXAMINING ATTORNEY