# EXHIBIT 2

Int. Cls.: **9 and 25**

Prior U.S. Cl.: **39**

Reg. No. 1,836,639

## United States Patent and Trademark Office   Registered May 17, 1994

## TRADEMARK
### PRINCIPAL REGISTER



CARHARTT, INC. (MICHIGAN CORPORATION)
THREE PARKLANE BLVD.
P.O. BOX 600
DEARBORN, MI 48121

 FOR: FLAME RESISTENT CLOTHING; NAMELY, JEANS, COVERALLS, SHIRTS, COATS, VESTS, HOODS, BIB OVERALLS, AND JACKETS, IN CLASS 9 (U.S. CL. 39).
 FIRST USE 6-9-1993; IN COMMERCE 6-9-1993.
 FOR: CLOTHING FOR ADULTS AND CHILDREN; NAMELY, COATS, T-SHIRTS, ROVER SHIRTS, LONG UNDERWEAR, TOPS, BOTTOMS, BIB OVERALLS, PANTS, JACKETS, VESTS, COVERALLS, JEANS, SUSPENDERS, VESTS, SHIRTS, SWEATSHIRTS, SWEATPANTS, SHORTS, HOODS, HATS, SOCKS AND GLOVES, IN CLASS 25 (U.S. CL. 39).
 FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.
 OWNER OF U.S. REG. NO. 1,193,235.

 SER. NO. 74-404,327, FILED 6-22-1993.

KATHERINE STOIDES, EXAMINING ATTORNEY