EXHIBIT 4



## SEARCH RESULTS FOR: CARHARTT

🏠 Home / Shop / Search results for "Carhartt"

Showing 1–20 of 29 results   **Filters +**



Carhartt #9 3D FM

$24.95 – $79.95



Carhartt #8 3D FM

$24.95 – $79.95



Carhartt Punisher Premium 3D FM

$24.95 – $79.95



Carhartt #3 3D FM

$24.95 – $79.95



Carhartt #2 3D FM

$24.95 – $79.95



Carhartt #1 3D FM

$24.95 – $79.95



Carhartt Colour 3D FM

$24.95 – $79.95



Carhartt

$24.95 – $79.95



Carhartt

$24.95 – $79.95



BLANKET – Carhartt Color Waves
Personalized Custom 3D Full Print
Hoodie, T Shirt, Jacket, Pant, Polo

$74.99 – $84.99



Carhartt Color Waves Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$34.99 – $98.50



Carhartt And Baby Yoda Happy St.
Patricks Day Hoodie, T Shirt,
Sweatshirt

$26.95 – $46.95

https://creestock.com/?s=Carhartt&post_type=product






Carhartt Classic But Amazing
Hoodie, T Shirt, Sweatshirt

$26.95 – $46.90

Carhartt Classic But Amazing
Premium Quality Leather Jacket –
40% OFF

$98.95

Carhartt Classic But Amazing High
Quality ??? Baseball Jacket

$58.99

Carhartt Classic Personalized
Custom 3D Full Print Blanket

$74.99 – $84.99






Carhartt Classic Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$34.99 – $99.50

Carhartt Best Design Ever In Gray
Personalized Custom 3D Full Print
Blanket

$74.99 – $84.99

Carhartt Best Design Ever In Gray
Personalized Custom 3D Full Print
Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $99.50

Carhartt Classic But Amazing In
Gray Personalized Custom 3D Full
Print Blanket

$74.99 – $84.99

1 2 >

## RESULTS FROM BLOG

SHOW ALL BLOG RESULTS

### CORPORATE

Contact Us

Privacy Policy

DMCA

Acceptable Use Policy Violation

### INFORMATION

Track Order

Refund & Return

Shipping & Delivery

### MORE INFO

Mail: support@creestock.com

Address: 17600 Yonge St, Newmarket, ON L3Y 4Z1,
Canada

https://creestock.com/?s=Carhartt&post_type=product



Home / Shop / Search results for "Carhartt" / Page 2                    Showing 21–29 of 29 results   Filters +






Carhartt Classic But Amazing In Gray Personalized Custom 3D Full Print Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $99.50

Carhartt New Design Personalized Custom 3D Full Print Hoodie, T Shirt, Jacket, Pant, Polo

$74.99 – $84.99

Carhartt New Design Personalized Custom 3D Full Print Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $99.50

Carhartt New Design Personalized Custom 3D Full Print Hoodie, T Shirt, Jacket, Pant, Polo

$74.99 – $84.99






Carhartt New Design Personalized Custom 3D Full Print Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $99.50

Carhartt Never Fade Personalized Custom 3D Full Print Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $59.99

Carhartt Classic But Amazing Personalized Custom 3D Full Print Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $59.99

Carhartt Best Design Ever Personalized Custom 3D Full Print Blanket

$74.99 – $84.99



Carhartt Best Design Ever Personalized Custom 3D Full Print Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $59.99

‹ 1 **2**

RESULTS FROM BLOG



SHOW ALL BLOG RESULTS

https://creestock.com/page/2/?s=Carhartt&post_type=product



https://creestock.com/product/carhartt-9-3d-fm/



https://creestock.com/product/design-3561/



https://creestock.com/product/blanket-carhartt-color-waves-personalized-custom-3d-full-print-hoodie-t-shirt-jacket-pant-polo/



https://creestock.com/product/0490-high-quality-leather-jacket/



https://creestock.com/product/design-0158-high-quality-baseball-jacket/



https://pipermall.com/?s=Carhartt&post_type=product



https://pipermall.com/?s=Carhartt&post_type=product



[https://pipermall.com/page/2/?s=Carhartt&post_type=product](https://pipermall.com/page/2/?s=Carhartt&post_type=product)



https://pipermall.com/product/carhartt-1-3d-fm/



https://pipermall.com/product/design-qdn0197cus-3d-full-print/



https://pipermall.com/product/design-5522/



https://pipermall.com/product/blanket-design-4723/



https://pipermall.com/product/design-0158-high-quality-baseball-jacket/