# EXHIBIT 5



1825 EYE STREET, N.W. SUITE 900
WASHINGTON, DC 20006-5403
TELEPHONE: (202) 457-0160
FACSIMILE: (844) 670-6009
http://www.dickinsonwright.com

JENNY T. SLOCUM
JSlocum@dickinsonwright.com
(202) 659-6927

April 14, 2020

Cree Stock
17600 Yonge St
Newmarket, ON L3Y 4Z1
Canada
Email: support@creestock.com

VIA E-MAIL

Re:     Unauthorized Use of Carhartt's Trademarks on Facemasks, Clothing, and Blankets

Dear Sir/Madam:

We represent Carhartt, Inc. ("Carhartt") in intellectual property matters. Carhartt owns exclusive rights in the CARHARTT name and trademark including in connection with its stylized "C" logo as depicted below for clothing, headwear, footwear and related items (the "Carhartt Marks") in both the United States and Canada. Carhartt has made extensive use of these marks, including on clothing for over 50 years, and the marks are famous. As a result, our client has developed a significant reputation in connection with the Carhartt Marks.

   

It has recently come to our client's attention that you are offering for sale unauthorized CARHARTT branded products, including but not limited to facemasks, sweatshirts, and blankets. See https://creestock.com/?s=Carhartt&post_type=product. These counterfeit products include direct copies of Carhartt's famous C Logo and CARHARTT mark, identical use and layout of the Carhartt protected font, and direct reference to "Carhartt" as the product names on your website. Screenshots reflecting your sale and distribution of these unauthorized items are copied below and at the top of the following page (see also Exhibits):



Carhartt Punisher Premium 3D FM

$24.95 – $79.95



Carhartt #3 3D FM

$24.95 – $79.95



Carhartt #2 3D FM

$24.95 – $79.95



Carhartt #1 3D FM

$24.95 – $79.95

ARIZONA     CALIFORNIA     FLORIDA     KENTUCKY     MICHIGAN

NEVADA     OHIO     TENNESSEE     TEXAS     TORONTO     WASHINGTON DC

Cree Stock
April 14, 2020
Page 2









Carhartt Classic But Amazing High
Quality ??? Baseball Jacket

Carhartt Classic Personalized
Custom 3D Full Print Blanket

$74.99 – $84.99

Carhartt Classic Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$34.99 – $99.50

Carhartt Best Design Ever In Gray
Personalized Custom 3D Full Print
Blanket

$74.99 – $84.99









Carhartt Best Design Ever In Gray
Personalized Custom 3D Full Print
Hoodie, T Shirt, Jacket, Pant, Polo

Carhartt Classic But Amazing In
Gray Personalized Custom 3D Full
Print Blanket

Carhartt Classic But Amazing In
Gray Personalized Custom 3D Full
Print Hoodie, T Shirt, Jacket, Pant,

Carhartt New Design Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

Such unauthorized use of the Carhartt Marks is a direct and egregious infringement of our client's trademark rights. The sale and distribution of these unauthorized counterfeit products falsely labelled as Carhartt products, and containing the Carhartt Marks, creates a likelihood of confusion and will lead consumers to mistakenly believe such products were designed, manufactured and distributed by Carhartt, or on behalf of Carhartt. Our client has not approved such use of its marks.

The purpose of this letter is to demand that you **immediately** cease and desist from any further use, sales, or display of the Carhartt Marks. In this regard, we require that you provide us by no later than <u>**April 17, 2020**</u>, and <u>in writing</u>:

1. confirmation that you have removed these products from any and all websites, retail stores, social media accounts, and any other location currently displaying, advertising and/or selling the same or similar variations;

2. confirmation that you have ceased all sales of these unauthorized items through any retail channels, including the Cree Stock website, as well as any affiliated retail channels;

Cree Stock
April 14, 2020
Page 3

3. the identification of the designer, source, and manufacturer of these counterfeit products;

4. a full accounting of all inventory sold, the revenue collected and all inventory currently remaining in your possession bearing the Carhartt Marks; and

5. your undertaking that you will permanently refrain from any further distribution, advertisement, promotion and sale of any product bearing a Carhartt Mark or any similar variations thereof.

In addition, our client requires that you send all remaining inventory to our offices, to my attention at the address shown on this correspondence, by no later than April 22, 2020.

We have also submitted an intellectual property take down notice to your website, as well as a message via your "Contact Us" link. A copy of the submission request is included below. Your prompt cooperation is appreciated.

Please contact me with any questions.

Sincerely,

Jenny Slocum

cc:      Carhartt, Inc.

Cree Stock
April 14, 2020
Page 4

## **EXHIBITS**



SEARCH RESULTS FOR: CARHARTT

🏠 Home / Shop / Search results for "Carhartt"                    Showing 1–20 of 29 results    Filters +






Carhartt #9 3D FM    Carhartt #8 3D FM    Carhartt Punisher Premium 3D FM    Carhartt #3 3D FM
$24.95 – $79.95     $24.95 – $79.95      $24.95 – $79.95                     $24.95 – $79.95






Carhartt #2 3D FM    Carhartt #1 3D FM    Carhartt Colour 3D FM    Carhartt
$24.95 – $79.95     $24.95 – $79.95      $24.95 – $79.95          $24.95 – $79.95






Carhartt           BLANKET – Carhartt Color Waves    Carhartt Color Waves Personalized    Carhartt And Baby Yoda Happy St.
$24.95 – $79.95    Personalized Custom 3D Full Print  Custom 3D Full Print Hoodie, T       Patricks Day Hoodie, T Shirt,
                   Hoodie, T Shirt, Jacket, Pant, Polo  Shirt, Jacket, Pant, Polo           Sweatshirt
                   $74.99 – $84.99                    $34.99 – $98.50                      $26.95 – $46.95

https://creestock.com/?s=Carhartt&post_type=product

ARIZONA        CALIFORNIA        FLORIDA        KENTUCKY        MICHIGAN

NEVADA        OHIO        TENNESSEE        TEXAS        TORONTO        WASHINGTON DC

Cree Stock
April 14, 2020
Page 5









Carhartt Classic But Amazing
Hoodie, T Shirt, Sweatshirt

$26.95 – $46.90

Carhartt Classic But Amazing
Premium Quality Leather Jacket –
40% OFF

$98.95

Carhartt Classic But Amazing High
Quality ??? Baseball Jacket

$58.99

Carhartt Classic Personalized
Custom 3D Full Print Blanket

$74.99 – $84.99









Carhartt Classic Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$34.99 – $99.50

Carhartt Best Design Ever In Gray
Personalized Custom 3D Full Print
Blanket

$74.99 – $84.99

Carhartt Best Design Ever In Gray
Personalized Custom 3D Full Print
Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $99.50

Carhartt Classic But Amazing In
Gray Personalized Custom 3D Full
Print Blanket

$74.99 – $84.99

1   2   >

## RESULTS FROM BLOG



CORPORATE

Contact Us

Privacy Policy

DMCA

INFORMATION

Track Order

Refund & Return

Shipping & Delivery

MORE INFO

Mail: support@creestock.com

Address: 17600 Yonge St, Newmarket, ON L3Y 4Z1,
Canada

https://creestock.com/?s=Carhartt&post_type=product

Cree Stock
April 14, 2020
Page 6

CreeStock

🏠 Home / Shop / Search results for "Carhartt" / Page 2                    Showing 21-29 of 29 results    Filters +


Carhartt Classic But Amazing In
Gray Personalized Custom 3D Full
Print Hoodie, T Shirt, Jacket, Pant,
Polo

$34.99 - $99.50


Carhartt New Design Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$74.99 - $84.99


Carhartt New Design Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$34.99 - $99.50


Carhartt New Design Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$74.99 - $84.99


Carhartt New Design Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$34.99 - $99.50


Carhartt Never Fade Personalized
Custom 3D Full Print Hoodie, T
Shirt, Jacket, Pant, Polo

$34.99 - $59.99


Carhartt Classic But Amazing
Personalized Custom 3D Full Print
Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 - $59.99


Carhartt Best Design Ever
Personalized Custom 3D Full Print
Blanket

$74.99 - $84.99


Carhartt Best Design Ever
Personalized Custom 3D Full Print
Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 - $59.99

‹   1   **2**

RESULTS FROM BLOG
—



https://creestock.com/page/2/?s=Carhartt&post_type=product

ARIZONA        CALIFORNIA        FLORIDA        KENTUCKY        MICHIGAN
NEVADA        OHIO        TENNESSEE        TEXAS        TORONTO        WASHINGTON DC

Cree Stock
April 14, 2020
Page 7

Listing of the Cree Stock Campaign Url(s) contained on the Cree Stock Website:
https://creestock.com/?s=Carhartt&post_type=product

    Individual Product URLs:
    https://creestock.com/product/carhartt-9-3d-fm/
    https://creestock.com/product/carhartt-8-3d-fm/
    https://creestock.com/product/carhartt-punisher-premium-3d-fm/
    https://creestock.com/product/carhartt-3-3d-fm/
    https://creestock.com/product/carhartt-2-3d-fm/
    https://creestock.com/product/carhartt-1-3d-fm/
    https://creestock.com/product/carhartt-colour-3d-fm/
    https://creestock.com/product/carhartt-2/
    https://creestock.com/product/carhartt/
    https://creestock.com/product/blanket-carhartt-color-waves-personalized-custom-3d-full-print-hoodie-t-shirt-jacket-pant-polo/
    https://creestock.com/product/carhartt-color-waves-personalized-custom-3d-full-print-hoodie-t-shirt-jacket-pant-polo/
    https://creestock.com/product/dnh0937-2d-print/
    https://creestock.com/product/dnh0915-2d-print/
    https://creestock.com/product/0490-high-quality-leather-jacket/
    https://creestock.com/product/design-0158-high-quality-baseball-jacket/
    https://creestock.com/product/blanket-design-5522/
    https://creestock.com/product/design-5522/
    https://creestock.com/product/blanket-design-4723/
    https://creestock.com/product/design-4723/
    https://creestock.com/product/blanket-design-3915/
    https://creestock.com/product/design-3915/
    https://creestock.com/product/blanket-design-3561/
    https://creestock.com/product/design-3561/
    https://creestock.com/product/blanket-design-3113-3d-full-print/
    https://creestock.com/product/design-3113-3d-full-print/
    https://creestock.com/product/design-2417-3d-full-print/
    https://creestock.com/product/design-2242-3d-full-print/
    https://creestock.com/product/design-0905-3d-full-print-blanket/
    https://creestock.com/product/design-0905-3d-full-print/

Cree Stock
April 14, 2020
Page 8



https://creestock.com/product/carhartt-9-3d-fm/

Cree Stock
April 14, 2020
Page 9



https://creestock.com/product/design-3561/

Cree Stock
April 14, 2020
Page 10



https://creestock.com/product/blanket-carhartt-color-waves-personalized-custom-3d-full-print-hoodie-t-shirt-jacket-pant-polo/

Cree Stock
April 14, 2020
Page 11



https://creestock.com/product/0490-high-quality-leather-jacket/

Cree Stock
April 14, 2020
Page 12



https://creestock.com/product/design-0158-high-quality-baseball-jacket/

Cree Stock
April 14, 2020
Page 13

DMCA Request:



Cree Stock
April 14, 2020
Page 14



Cree Stock
April 14, 2020
Page 15

<u>"Contact Us" Submission:</u>





1825 Eye Street, N.W. Suite 900
Washington, DC  20006-5403
Telephone:  (202) 457-0160
Facsimile:  (844) 670-6009
http://www.dickinsonwright.com

Jenny T. Slocum
JSlocum@dickinsonwright.com
(202) 659-6927

April 14, 2020

Piper Mall
Email: support@pipermall.com

VIA E-MAIL

 Re: Unauthorized Use of Carhartt's Trademarks on Facemasks, Clothing, and Blankets

Dear Sir/Madam:

 We represent Carhartt, Inc. ("Carhartt") in intellectual property matters.  Carhartt owns exclusive rights in the CARHARTT name and trademark including in connection with its stylized "C" logo as depicted below for clothing, headwear, footwear and related items (the "Carhartt Marks").  Carhartt has made extensive use of these marks, including on clothing for over 50 years, and the marks are famous. As a result, our client has developed a significant reputation in connection with the Carhartt Marks.

   

 It has recently come to our client's attention that you are offering for sale unauthorized CARHARTT branded products, including but not limited to facemasks, sweatshirts, and blankets. See https://pipermall.com/?s=Carhartt&post_type=product.  These counterfeit products include direct copies of Carhartt's famous C Logo and CARHARTT mark, identical use and layout of the Carhartt protected font, and direct reference to "Carhartt" as the product names on your website. Screenshots reflecting your sale and distribution of these unauthorized items are copied below and at the top of the following page (see also Exhibits):



Carhartt #6 This Is How I Save The World

$24.95 – $79.95



Carhartt #9 3D FM

$24.95 – $79.95

Carhartt #8 3D FM

$24.95 – $79.95



Carhartt Punisher Premium 3D FM

$24.95 – $79.95

Piper Mall
April 14, 2020
Page 2



Carhartt American Warrior 3D FM

$24.95 – $79.95



Carhartt Personalized Custom
Limited Design 3D Full Print
Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $99.50



Carhartt Personalized Custom
Classic Design 3D Full Print Hoodie,
T Shirt, Jacket, Pant, Polo

$34.99 – $99.50



Carhartt Classic But Amazing
Premium Quality Leather Jacket –
40% OFF

$99.95



Carhartt Classic But Amazing High
Quality _◆_ Baseball Jacket

$59.99



Carhartt Classic 3D Full Print
Blanket

$74.99 – $84.99



Carhartt Classic 3D Full Print
Hoodie, T Shirt, Jacket, Pant, Polo

$34.99 – $99.50



Carhartt Best Design Ever In Gray
3D Full Print Blanket

$74.99 – $84.99

Such unauthorized use of the Carhartt Marks is a direct and egregious infringement of our client's trademark rights. The sale and distribution of these unauthorized counterfeit products falsely labelled as Carhartt products, and containing the Carhartt Marks, creates a likelihood of confusion and will lead consumers to mistakenly believe such products were designed, manufactured and distributed by Carhartt, or on behalf of Carhartt. Our client has not approved such use of its marks.

The purpose of this letter is to demand that you **immediately** cease and desist from any further use, sales, or display of the Carhartt Marks. In this regard, we require that you provide us by no later than **April 17, 2020,** and in writing:

1. confirmation that you have removed these products from any and all websites, retail stores, social media accounts, and any other location currently displaying, advertising and/or selling the same or similar variations;

2. confirmation that you have ceased all sales of these unauthorized items through any retail channels, including the Piper Mall website, as well as any affiliated retail channels;

Piper Mall
April 14, 2020
Page 3

3.  the identification of the designer, source, and manufacturer of these counterfeit products;

4.  a full accounting of all inventory sold, the revenue collected and all inventory currently remaining in your possession bearing the Carhartt Marks; and

5.  your undertaking that you will permanently refrain from any further distribution, advertisement, promotion and sale of any product bearing a Carhartt Mark or any similar variations thereof.

In addition, our client requires that you send all remaining inventory to our offices, to my attention at the address shown on this correspondence, by no later than April 22, 2020.

We have also submitted an intellectual property take down notice to your website, as well as a message via your "Contact Us" link.  A copy of the submission request is included below. Your prompt cooperation is appreciated.

Please contact me with any questions.

Sincerely,

Jenny Slocum

cc:     Carhartt, Inc.

Piper Mall
April 14, 2020
Page 4

## EXHIBITS



https://pipermall.com/?s=Carhartt&post_type=product

Piper Mall
April 14, 2020
Page 5



https://pipermall.com/?s=Carhartt&post_type=product

Piper Mall
April 14, 2020
Page 6



https://pipermall.com/page/2/?s=Carhartt&post_type=product

ARIZONA        CALIFORNIA        FLORIDA        KENTUCKY        MICHIGAN

NEVADA        OHIO        TENNESSEE        TEXAS        TORONTO        WASHINGTON DC

Piper Mall
April 14, 2020
Page 7

Listing of the Piper Mall Campaign Url(s) contained on the Piper Mall Website:
https://pipermall.com/?s=Carhartt&post_type=product

Individual Product URLs:
https://pipermall.com/product/carhartt-8-3d-fm/
https://pipermall.com/product/carhartt-punisher-premium-3d-fm/
https://pipermall.com/product/carhartt-2-3d-fm/
https://pipermall.com/product/carhartt-1-3d-fm/
https://pipermall.com/product/carhartt-colour-3d-fm/
https://pipermall.com/product/carhartt-american-flag-3d-fm/
https://pipermall.com/product/carhartt-american-warrior-3d-fm/
https://pipermall.com/product/design-qdn0197cus-3d-full-print/
https://pipermall.com/product/design-qdn0184cus-3d-full-print/
https://pipermall.com/product/0490-high-quality-leather-jacket/
https://pipermall.com/product/design-0158-high-quality-baseball-jacket/
https://pipermall.com/product/blanket-design-5522/
https://pipermall.com/product/design-5522/
https://pipermall.com/product/blanket-design-4723/
https://pipermall.com/product/design-4723/
https://pipermall.com/product/blanket-design-3915/
https://pipermall.com/product/design-3915/
https://pipermall.com/product/blanket-design-3561/
https://pipermall.com/product/design-3561/
https://pipermall.com/product/blanket-design-3113-3d-full-print/
https://pipermall.com/product/design-3113-3d-full-print/
https://pipermall.com/product/design-2417-3d-full-print/
https://pipermall.com/product/design-2242-3d-full-print/
https://pipermall.com/product/design-0905-3d-full-print-blanket/
https://pipermall.com/product/design-0905-3d-full-print/

Piper Mall
April 14, 2020
Page 8



https://pipermall.com/product/carhartt-1-3d-fm/

Piper Mall
April 14, 2020
Page 9



https://pipermall.com/product/design-qdn0197cus-3d-full-print/

Piper Mall
April 14, 2020
Page 10



https://pipermall.com/product/design-5522/

Piper Mall
April 14, 2020
Page 11



https://pipermall.com/product/blanket-design-4723/

Piper Mall
April 14, 2020
Page 12



https://pipermall.com/product/design-0158-high-quality-baseball-jacket/

ARIZONA      CALIFORNIA      FLORIDA      KENTUCKY      MICHIGAN

NEVADA      OHIO      TENNESSEE      TEXAS      TORONTO      WASHINGTON DC

Piper Mall
April 14, 2020
Page 13

<u>DMCA Request</u>



Piper Mall
April 14, 2020
Page 14



Piper Mall
April 14, 2020
Page 15

<u>"Contact Us" Submission:</u>

