# EXHIBIT 6

**Kylie M. Boie**

| | |
|---|---|
| **From:** | CreeStock.com <support@creestock.com> |
| **Sent:** | Tuesday, April 14, 2020 11:29 PM |
| **To:** | Carly D. Fraker |
| **Cc:** | Jenny T. Slocum |
| **Subject:** | EXTERNAL: Re: Cree Stock Website and Use of Carhartt's Trademarks |

Dear Sir or Madam

Thank you for your contact!

We will check and delete them on website. It take 1-2 business days.

Kind regards,

*CreeStock*

> On Wed, 15 Apr at 4:17 AM , Carly D. Fraker <cfraker@dickinson-wright.com> wrote:
> Dear Sir/Madam,
> Please find attached a letter regarding your unauthorized use of the Carhartt Marks in connection with the Cree Stock website. If you have any questions or would like to discuss, please let us know.
> Regards,
> Carly
>
> **Carly D. Fraker** Of Counsel
>
> International Square
> 1825 Eye St. N.W.
> Suite 900
> Washington, D.C. 20006
>
> Phone 202.659.6936
> Fax    844-670-6009
> Email  CFraker@dickinsonwright.com
>
> Profile | V-Card
>
> **DICKINSON WRIGHT**PLLC
> ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
> TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO
>
> Admitted only in Illinois; Supervision by a member of the D.C. Bar.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

1

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

**Kylie M. Boie**

| | |
|---|---|
| **From:** | PiperMall.com <support@pipermall.com> |
| **Sent:** | Tuesday, April 14, 2020 11:28 PM |
| **To:** | Carly D. Fraker |
| **Cc:** | Jenny T. Slocum |
| **Subject:** | EXTERNAL: Re: Piper Mall Website and Use of Carhartt's Trademarks |

Dear Sir or Madam

Thank you for your contact!

We will check and delete them on website. It take 1-2 business days.

Kind regards,

*PiperMall*

> On Wed, 15 Apr at 4:17 AM , Carly D. Fraker <cfraker@dickinson-wright.com> wrote:
> Dear Sir/Madam,
> Please find attached a letter regarding your unauthorized use of the Carhartt Marks in connection with the Piper Mall website. If you have any questions or would like to discuss, please let us know.
> Regards,
> Carly
>
> **Carly D. Fraker** Of Counsel
>
> International Square
> 1825 Eye St. N.W.      Phone  202.659.6936
> Suite 900              Fax    844-670-6009
> Washington, D.C. 20006 Email  CFraker@dickinsonwright.com
>
> Profile | V-Card
>
> 
>
> Admitted only in Illinois; Supervision by a member of the D.C. Bar.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or

"signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.