# EXHIBIT 7

 (https://creestock.com/)

 (https://creestock.com/cart/)



 

# Carhartt – Sport-Mask #3

## $59.95

**Tip: You should buy in packs of 3 or 5 to save money and shipping costs**

Case 2:20-cv-12225-GCS-APP    ECF No. 1-7, PageID.163    Filed 08/18/20    Page 3 of 27



$29.95 – $149.95

SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-MASK-3/)

**Share and get your 10% discount!**

f **Share**

**Combo:** 3 MASKS & 6 FILTERS

✖ Clear

− 1 +    ADD TO CART

♡ Add to wishlist

📏 Size Guide

**Categories:** Face Mask (https://creestock.com/product-category/face-mask/) ,
Sport Mask (https://creestock.com/product-category/sport-mask/) ,
Tool (https://creestock.com/product-category/tool/) ,
Tools (https://creestock.com/product-category/tools/)

**Tag:** Carhartt (https://creestock.com/product-tag/carhartt/)

**Share:** f 🐦 ✉ 📌 in

## Description

## Additional information

## Reviews (0)

## Shipping & Delivery

**Specification:**
Material: soft fabric, mask with PM 2.5 filter
Color: as the picture shown

Carhartt Sport Mask-3 | Creestock.com

**Features:**

$29.95

$149.95

SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-MASK-3/)



1.Soft fabric, comfortable

2.Breathable, washable and reusable

3.The length of widened and high elastic earband can be adjusted at will

4.Each mask with filter should be replaced once or twice a week

**How to Use:**

1.Open face mask insert one filter

2.Cover your nose and mouth with a mask

3.Adjust the buckle on both sides of the mask to the best position

4.Adjust the nose clip to fit your nose

**Please Note:**

Normally, one filter is expected to be used for up to 30 days. However, it is recommended to change the filter at any time during flu or heavy pollution periods.



$29.95 –
$149.95

SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-
MASK-3/)









## RELATED PRODUCTS



$29.95 – $149.95

SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-MASK-3/)



(https://creestock.com/produc
sport-mask-6/)

Carhartt – Sport-

$29.95 – $149.95

**Select Options**

---

## Our Happy Customers



★★★★★

Thank you for my mask. I love it!!😄 🤍 🥳



★★★★★

I am very happy with this purchase! Both mas
very well and looked great! I loved that they ar
small plastic bags too. They also shipped very
appreciated since I have been wanting to get a
weeks. Great customer service. I would definit
this seller again!

Carhartt Sport Mask - CreeStock.com 

**CORPORATE**

$29.95 –
$149.95

SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-MASK-3/)



Contact Us (https://creestock.com/contact-us/)

Privacy Policy (https://creestock.com/privacy-policy/)

DMCA (https://creestock.com/dmca/)

> Acceptable Use Policy Violation (https://creestock.com/dmca/acceptable-use-policy-violation/)

> Intellectual Property Claim (https://creestock.com/dmca/intellectual-property-claim/)

Terms of service (https://creestock.com/terms-of-service/)

**INFORMATION**

Track Order (https://creestock.com/track-order/)

Refund & Return (https://creestock.com/refund-return/)

Shipping & Delivery (https://creestock.com/shipping-delivery/)

**MORE INFO**

⌁ Mail: support@creestock.com

⌁ Address: 17600 Yonge St, Newmarket, ON L3Y 4Z1, Canada

⌁ Support Time: 8h30 AM : 5h30 PM

    

© 2019 CreeStock.com (/). All rights reserved.

Currency: USD (US Dollar)













## Carhartt – Sport-Mask #6

## $59.95

**Tip: You should buy in packs of 3 or 5 to save money and shipping costs**

$29.95 –
$149.95

SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-MASK-6/)

Share and get your 10% discount!

f Share

♡

**Combo:**   | 3 MASKS & 6 FILTERS |

✖ Clear

| - | 1 | + | ADD TO CART |

♡ Add to wishlist

📏 Size Guide

**Categories:** Face Mask (https://creestock.com/product-category/face-mask/) ,
Sport Mask (https://creestock.com/product-category/sport-mask/) ,
Tool (https://creestock.com/product-category/tool/) ,
Tools (https://creestock.com/product-category/tools/)

**Tag:** Carhartt (https://creestock.com/product-tag/carhartt/)

Share:  f  🐦  ✉  📌  in

Description

Additional information

Reviews (0)

Shipping & Delivery

**Specification:**
Material: soft fabric, mask with PM 2.5 filter
Color: as the picture shown

Carhartt Sport Mask – CreeStockltd

**Features:**

$29.95

$149.95

1.Soft fabric comfortable

2.Breathable, washable and reusable

3.The length of widened and high elastic earband can be adjusted at will

4.Each mask with filter should be replaced once or twice a week

SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-MASK-6/)



**How to Use:**

1.Open face mask insert one filter

2.Cover your nose and mouth with a mask

3.Adjust the buckle on both sides of the mask to the best position

4.Adjust the nose clip to fit your nose

**Please Note:**

Normally, one filter is expected to be used for up to 30 days. However, it is recommended to change the filter at any time during flu or heavy pollution periods.



$29.95 –
$149.95



SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-
MASK-6/)









RELATED PRODUCTS





SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-MASK-6/)

$29.95 – $149.95

(https://creestock.com/produc
sport-mask-3/)

Carhartt – Sport-2

$29.95 – $149.95

**Select Options**

---

## Our Happy Customers



★★★★★

Thank you for my mask. I love it!! 😄 🤍 😂



★★★★★

I am very happy with this purchase! Both mas
very well and looked great! I loved that they ar
small plastic bags too. They also shipped very
appreciated since I have been wanting to get a
weeks. Great customer service. I would definite
this seller again!

Carhartt Sport Mask – CreeStock.com

**CORPORATE**

$29.95 –
$149.95

SELECT OPTIONS (HTTPS://CREESTOCK.COM/PRODUCT/CARHARTT-SPORT-MASK-6/)

Contact Us (https://creestock.com/contact-us/)

Privacy Policy (https://creestock.com/privacy-policy/)

DMCA (https://creestock.com/dmca/)

> Acceptable Use Policy Violation (https://creestock.com/dmca/acceptable-use-policy-violation/)

> Intellectual Property Claim (https://creestock.com/dmca/intellectual-property-claim/)

Terms of service (https://creestock.com/terms-of-service/)

**INFORMATION**

Track Order (https://creestock.com/track-order/)

Refund & Return (https://creestock.com/refund-return/)

Shipping & Delivery (https://creestock.com/shipping-delivery/)

**MORE INFO**

Mail: support@creestock.com

Address: 17600 Yonge St, Newmarket, ON L3Y 4Z1, Canada

Support Time: 8h30 AM : 5h30 PM

    

© 2019 CreeStock.com (/). All rights reserved.

Currency: USD (US Dollar)



 (https://pipermall.com/)

 (https://pipermall.com/cart/)



**Air v**
Unique ventilation
fine workm
good ventilatio

**Dustproof fabric**
The material is soft and
comfortable to wear, feels
good, is dustproof, and has
a very good warming effect

**Anti-haze F**
The plug-in PM2.5 filter adopts
dual microfiltratior
technology. It filters
particulate ma

## Carhartt – Sport-Mask #6

### $59.95

**Tip:** You should buy in packs of 3 or 5 to save money and shipping costs



**Share and get your 10% discount!**

**f Share**

**Combo :**    3 MASKS & 6 FIL ▾

✖ Clear

- 1 +     **ADD TO CART**

♡ Add to wishlist

✎

Size Guide

**Categories:**
Face Mask (https://pipermall.com/product-category/face-mask/)
,
Sport Mask (https://pipermall.com/product-category/sport-mask/)
,
Tool (https://pipermall.com/product-category/tool/)
,
Tools (https://pipermall.com/product-category/tools/)





**Tag:**
Carhartt
(https://pipermall.com/product-tag/carhartt/)

**Share:**

**Description**  **Additional information**  **Reviews (0)**  **Shipping & Delivery**

**Specification:**
Material: soft fabric, mask with PM 2.5 filter
Color: as the picture shown

**Features:**
1.Soft fabric, comfortable
2.Breathable, washable and reusable
3.The length of widened and high elastic earband can be adjusted at will
4.Each mask with filter should be replaced once or twice a week

**How to Use:**
1.Open face mask insert one filter
2.Cover your nose and mouth with a mask
3.Adjust the buckle on both sides of the mask to the best position
4.Adjust the nose clip to fit your nose

**Please Note:**

Normally, one filter is expected to be used for up to 30 days. However, it is recommended to change the filter at any time during flu or heavy pollution periods.



Case 2:20-cv-12225-GCS-APP   ECF No. 1-7, PageID.177   Filed 08/18/20   Page 17 of 27



Removable ventilation valve

## RELATED PRODUCTS



(https://pipermall.com/product/carhartt-sport-mask-3/)

Carhartt – Sport-Mask #3

$29.95 – $149.95

Our Happy Customers



★★★★★

Thank you for my mask. I love it!!😊🖤😊



★★★★★

I am very happy with this purchase!
loved that they arrived folded in sm
which I appreciated since I have bee
customer service. I would definitely

## CORPORATE

Contact Us
(https://pipermall.com/contact-us/)

Privacy Policy
(https://pipermall.com/privacy-
policy/)

DMCA (https://pipermall.com/dmca/)

› Acceptable Use Policy Violation
(https://pipermall.com/dmca/acceptable-
use-policy-violation/)

› Intellectual Property Claim
(https://pipermall.com/dmca/intellectual-
property-claim/)

TERMS OF SERVICE
(https://pipermall.com/terms-of-
service/)

## INFORMATION

Track Order
(https://pipermall.com/track-order/)

Refund & Return
(https://pipermall.com/refund-return/)

Shipping & Delivery
(https://pipermall.com/shipping-
delivery/)

TERMS OF SERVICE
(https://pipermall.com/terms-of-
service/)

## MORE INFO

⌖ support@pipermall.com

▢ Support Time: 8h30 AM : 5h30 PM

  

© 2019 PiperMall.com (/). All rights reserved.

Currency: USD (US Dollar)



Case 2:20-cv-12225-GCS-APP   ECF No. 1-7, PageID.179   Filed 08/18/20   Page 19 of 27

 (https://pipermall.com/)          (https://pipermall.com/cart/)

Case 2:20-cv-12225-GCS-APP   ECF No. 1-7, PageID.180   Filed 08/18/20   Page 20 of 27





## Carhartt – Sport-Mask #3

# $59.95

**Tip: You should buy in packs of 3 or 5 to save money and shipping costs**

**Share and get your 10% discount!**

**f** Share

**Combo :**    3 MASKS & 6 FILTERS    ⌄

✖ Clear

| - | 1 | + | ADD TO CART |

♡ Add to wishlist

✎

Size Guide

**Categories:** Face Mask (https://pipermall.com/product-category/face-mask/) ,
Sport Mask (https://pipermall.com/product-category/sport-mask/) ,
Tool (https://pipermall.com/product-category/tool/) ,
Tools (https://pipermall.com/product-category/tools/)

**Tag:** Carhartt (https://pipermall.com/product-tag/carhartt/)

**Share:** f 🐦 ✉ 📌 in

## Description

## Additional information

## Reviews (0)

## Shipping & Delivery

**Specification:**

Material: soft fabric, mask with PM 2.5 filter

Color: as the picture shown

**Features:**

1.Soft fabric, comfortable

2.Breathable, washable and reusable

3.The length of widened and high elastic earband can be adjusted at will

4.Each mask with filter should be replaced once or twice a week

**How to Use:**

1.Open face mask insert one filter

2.Cover your nose and mouth with a mask

3.Adjust the buckle on both sides of the mask to the best position

4.Adjust the nose clip to fit your nose

**Please Note:**

Normally, one filter is expected to be used for up to 30 days. However, it is recommended to change the filter at any time during flu or heavy pollution periods.

# Product information

## In order to make you use more at ease



**Name:** with filter fog haze masks
**Size:** all size
**Color:** anti-fog haze anti-PM2.5 anti-virus dust
**Fabric:** net yarn fabric diving fabric
**Weight:** about 90g
**On the smell:** mask material for the diving cloth
manufacturing, some taste is normal, first
remove the aluminum, with 30 degrees
warm water bubble for 15 minutes,
the taste will slowly disappear
**Long-term use:** a mask can at least use more than 2 years,
3 months is recomm



About 16cm

About 31cm

Case 2:20-cv-12225-GCS-APP   ECF No. 1-7, PageID.184   Filed 08/18/20   Page 24 of 27



1. Open the mask and expose the internal valve of the filter

2. Follow the OPEN instructions on the valve to turn the valve counterclockwise to separate the valve

3. Remove the two valves and remove the filter

4. Replace the new filter, in accordance with the valve CLOSE instructions, clockwise rotation of the valve, the replacement is completed



Removable ventilation valve

Case 2:20-cv-12225-GCS-APP    ECF No. 1-7, PageID.185    Filed 08/18/20    Page 25 of 27

# RELATED PRODUCTS



(https://pipermall.com/product/carhartt-sport-mask-6/)

Carhartt – Sport-Mask #6

$29.95 – $149.95

🛒 **Select options**

---

Our Happy Customers





★★★★★

Thank you for my mask. I love it!!😁🖤😁

I am very
loved tha
which I a
custome

## CORPORATE

Contact Us (https://pipermall.com/contact-us/)

Privacy Policy (https://pipermall.com/privacy-policy/)

DMCA (https://pipermall.com/dmca/)

> Acceptable Use Policy Violation (https://pipermall.com/dmca/acceptable-use-policy-violation/)

> Intellectual Property Claim (https://pipermall.com/dmca/intellectual-property-claim/)

TERMS OF SERVICE (https://pipermall.com/terms-of-service/)

## INFORMATION

Track Order (https://pipermall.com/track-order/)

Refund & Return (https://pipermall.com/refund-return/)

Shipping & Delivery (https://pipermall.com/shipping-delivery/)

TERMS OF SERVICE (https://pipermall.com/terms-of-service/)

Case 2:20-cv-12225-GCS-APP    ECF No. 1-7, PageID.187    Filed 08/18/20    Page 27 of 27

## MORE INFO

◢ support@pipermall.com

▯ Support Time: 8h30 AM : 5h30 PM

    

© 2019 PiperMall.com (/). All rights reserved.

Currency: USD (US Dollar)

