# EXHIBIT 8





Carhartt Classic But Amazing – Premium Quality Leather Jacket, Multi Zip Biker Jacket – Creestock.com                    8/14/20, 2:23 PM

CONTACT US

◀

(HTTPS://CREESTOCK.COM/CONTACT-

🏠 Home / Tool / Carhartt Classic But Amazing – Premium Quality Leather Jacket, Multi Zip Biker Jacket

US...

TRACK ORDER

(HTTPS://CREESTOCK.COM/TRACK-

ORDER/)

DMCA (PROTECT DESIGN) ⌄



-36%

Login / Register

# Carhartt Classic But Amazing – Premium Quality Leather Jacket, Multi Zip Biker Jacket

🔍

🛒⁰
(https://creestock.com/cart/)

~~$229.95~~ **$149.95**

**Please check?the product? description for sizing chart. Tip: Free shipping for orders over $100**

**Style:** Multi-zip Bike

**Size:** L

✖ Clear

*Personalization Text On Front or Back (Optional for Clothes)* Please specify whether you would like to customize on the **FRONT, BACK** or **BOTH sides of clothes**. If

Carhartt Classic But Amazing - Premium-quality Leather Jacket, Multi Zip Biker Jacket - Creestock.com                                8/14/20, 2:23 PM

*you do not note anything I will just put on the front, or the back depending on the design.*

> Your's Text (Front)

$4.99

**Personalization Text On Hand (Optional for Clothes)**

*Please specify whether you want to customize the **RIGHT SLEEVE**, **LEFT SLEEVE** or **BOTH sleeves of clothes**. If you do not take note I'll leave both sleeve.*

> Your's Text (Both hand)

$4.99

Options amount

**$0.00**

Final total

**$149.95**

| – | 1 | + |
|---|---|---|



ADD TO CART



♡ Add to wishlist

✎ Size Guide

*Categories: Leather Jacket (https://creestock.com/product-category/leather-jacket/), Tool*



*(https://creestock.com/product-category/tool/), Tools (https://creestock.com/product-category/tools/) Tag: Carhartt (https://creestock.com/product-tag/carhartt/)*

**Share:**



Description     Additional information     Shipping & Delivery

## *Quality, Lasting Production*

*Good Workmanship is the soul of leather clothing,neat and tidy lines, tight splicing, consolidating the shape of the leather, every detail is finely crafted.*

## *Black& Brown Leather Jacket*

*A leather jacket that picks up on the emerging aviation trend. It can keep you warm and dry and also provide storage. This jacket fullfills the criteria perfectly. We've used a premium quality leather and a slightly heavier insulating interlingning to maintain body temperature. The rib knit on the hem and cuffs to keep you warm and bringing the slim fit. As a result of clever design, the hood is also removable by unzipping it around the collar. Meanwhile a multitude of secure pockets on the body provide plenty of storage options. All in all a true Swiss army knife of a leather jacket.*

Carhartt Classic But Amazing - Premium Quality Leather Jacket, Multi Zip Biker Jacket – Creestock.com

*SIZE CHART:*



| Size (inch) | Length | Chest | Shoulder | Waist | Sleeve | Neckline |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| S | 25 | 42 | 19 | 32.5 | 25.5 | 21 |
| M | 26 | 45 | 20 | 35 | 26 | 21 |
| L | 27 | 48 | 21 | 37.5 | 26.5 | 22 |
| XL | 28 | 51 | 22 | 39.5 | 27 | 22 |
| 2XL | 29 | 53 | 23 | 42 | 28 | 23 |
| 3XL | 29 | 57 | 24 | 44.5 | 28 | 23 |



### *Clever Design*

*The jacket come with a removable hood to keep you warm and dry, the hood is made of high quality and soft cotton, also removable by unzipping it around the collar.*

### *"Layer on Layer" Design*

Carhartt Classic But Amazing - Premium Quality Leather Jacket, Multi Zip Biker Jacket – Creestock.com



*Zip out the front leather layer it is the inner smooth cotton layer also come with a tough zipper.*

*This "Layer on Layer" Design will give*

*you the wind-proof effect and maintain body temperature*

**Snug Fit**

*The rib knit on the hem and cuffs to keep you warm, prevent the wind to "sneak inside" and bringing the slim fit.*



# Multi-Zip Biker Leather Jacket

*The must-have leather biker jacket of the year. It's based on the classic asymetric zipped model made famous by Marlon Brando in the Wild One with a bit of improvements with the zippers and zipper pockets on the body make the overall look more aggressive. Made from high quality leather with tough zips, epaulettes and buckled hem, this jacket is truly versatile. Multitude of secure pockets on the body and sleeve provide plenty of storage options.*

**SIZE CHART:**



| Size (inch) | Length | Chest | Shoulder | Sleeve |
|:---:|:---:|:---:|:---:|:---:|
| S | 26 | 42.5 | 17.3 | 24.8 |
| M | 26.7 | 44 | 18 | 26 |
| L | 27.5 | 45.6 | 19.2 | 26.7 |
| XL | 27.8 | 47.2. | 20.2 | 27.1 |
| 2XL | 28 | 48.8 | 20.8 | 27.1 |
| 3XL | 28.3 | 50.3 | 22 | 27.5 |

Case 2:20-cv-12225-GCS-APP  ECF No. 1-8, PageID.199  Filed 08/18/20  Page 12 of 35

## *Details on the body*

*Zipper pockets and press stud pockets provide you not only plenty of storage options, also make the overall look more aggressive.*



*The Gold color of the zippers, press studs and sewing line match perfectly with the Black leather.*

## On-Sleeve Pocket

*It is?designed for pens, important documents, and things that are hard to get.?*

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket – Creestock.com

8/4/20, 2:23 PM



**Belt and Buckles**

All the adjustable belt around the hip and buckles at two sides of the waist will make your jacket very versatile.



Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket - creestock.com

# *Hooded Biker Leather Jacket*

*A fantastically versatile leather jacket that features a removeable fleece drawstring hood, two for the price of one. We've used a high grade leather hide and teamed it with truly innovative design that allows you to completely change the look of the jacket. With the front liner securely zipped in you have a fantastic leather hoodie jacket transforms the character and utility. We're really pleased with this style and we hope you like it too.*

**SIZE CHART:**



| Size (inch) | Length | Chest | Shoulder | Sleeve |
|:-----------:|:------:|:-----:|:--------:|:------:|
| S | 25.5 | 42.2 | 18.8 | 25.5 |
| M | 26.3 | 45.2 | 19.8 | 26 |

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket – creestock.com

8/14/20, 2:23 PM

| | | | | |
|---|---|---|---|---|
| L | 27.1 | 48 | 20.8 | 26.3 |
| XL | 28 | 51.1 | 21.8 | 27.1 |
| 2XL | 28.7 | 54 | 22.8 | 28 |
| 3XL | 28.7 | 57 | 23.8 | 28.3 |

## Clever Design

*The jacket come with a fleece removable hood to keep you warm and dry, the hood is made of high quality and soft cotton and fleece, also removable by unzipping it around the collar.*





### *"Layer on Layer" Design*

*Zip out the front leather layer it is the inner smooth cotton layer also come with a tough zipper.*

*This "Layer on Layer" Design will give you the wind-proof effect and maintain body temperature*



### *Zipper Waist Pockets*

*Two waist pockets designed for phone, wallet, important things. It come with zipper to make sure you will never drop your stuff.*

---

## Our Happy Customers

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket – creestock.com

8/4/20, 2:23 PM





★★★★★

Thank you for my mask. I love it!!???

★★★★★

I am very happy with this purchase! Both masks wer
very well and looked great! I loved that they arrived f
small plastic bags too. They also shipped very quick
I appreciated since I have been wanting to get a face
covering for weeks. Great customer service. I would
definitely purchase from this seller again!

## CORPORATE

Contact Us
(https://creestock.com/contact-
us/)

Privacy Policy
(https://creestock.com/privacy-
policy/)

DMCA
(https://creestock.com/dmca/)

> Acceptable Use Policy
Violation
(https://creestock.com/dmca/acceptable-
use-policy-violation/)

> Intellectual Property Claim

## INFORMATION

Track Order
(https://creestock.com/track-
order/)

Refund & Return
(https://creestock.com/refund-
return/)

Shipping & Delivery
(https://creestock.com/shipping-
delivery/)

## MORE INFO

➤ Mail: support@creestock.com

➤ Address: 17600 Yonge St,

Newmarket, ON L3Y 4Z1, Canada

➤ Support Time: 8h30 AM : 5h30

PM

    

*(https://creestock.com/dmca/intellectual-property-claim/)*

*Terms of service
(https://creestock.com/terms-of-service/)*

© 2019 CreeStock.com (/). All rights reserved.

Currency: USD (US Dollar)





Carhartt
Classic
But

Carhartt Classic But Amazing – Premium Quality Leather Jacket, Multi Zip Biker Jacket @ pipermall.com

CONTACT US

◀
(HTTPS://PIPERMALL.COM/CONTACT-

🏠 Home / Tool / Carhartt Classic But Amazing – Premium Quality Leather Jacket, Multi Zip Biker Jacket

US

TRACK ORDER

(HTTPS://PIPERMALL.COM/TRACK-

ORDER/)

DMCA (REPORT DESIGN) ⌄



-36%

Login / Register


(https://pipermall.com/)

🔍

🛒 0
(https://pipermall.com/cart/)

# Carhartt Classic But Amazing – Premium Quality Leather Jacket, Multi Zip Biker Jacket

~~$229.95~~ **$149.95**

*Please check?the product?*
*description for sizing chart.*
*Tip: Free shipping for orders*
*over $100*

VISA MASTERCARD AMERICAN EXPRESS DISCOVER PayPal

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket | pipermall.com                    8/14/20, 2:24 PM



| Style: | Multi-zip Bike |
|---|---|

| Size: | L |
|---|---|

✖ Clear



- | 1 | +

ADD TO CART

♡ Add to wishlist

✎ Size Guide

*Categories: Leather Jacket (https://pipermall.com/product-category/leather-jacket/), Tool (https://pipermall.com/product-category/tool/), Tools (https://pipermall.com/product-category/tools/) Tag: Carhartt (https://pipermall.com/product-tag/carhartt/)*

**Share:**



## Description

## Additional information

## Shipping & Delivery

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket – pipermall.com

8/14/20, 2:24 PM

# Quality, Lasting Production

*Good Workmanship is the soul of leather clothing,neat and tidy lines, tight splicing, consolidating the shape of the leather, every detail is finely crafted.*

## *Black& Brown Leather Jacket*

*A leather jacket that picks up on the emerging aviation trend. It can keep you warm and dry and also provide storage. This jacket fullfills the criteria perfectly. We've used a premium quality leather and a slightly heavier insulating interlingning to maintain body temperature. The rib knit on the hem and cuffs to keep you warm and bringing the slim fit. As a result of clever design, the hood is also removable by unzipping it around the collar. Meanwhile a multitude of secure pockets on the body provide plenty of storage options. All in all a true Swiss army knife of a leather jacket.*

**SIZE CHART:**



| Size (inch) | Length | Chest | Shoulder | Waist | Sleeve | Neckline |
| --- | --- | --- | --- | --- | --- | --- |

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket – pipermall.com          8/14/20, 2:24 PM

| | | | | | | |
|-----|-----|-----|-----|------|------|-----|
| S   | 25  | 42  | 19  | 32.5 | 25.5 | 21  |
| M   | 26  | 45  | 20  | 35   | 26   | 21  |
| L   | 27  | 48  | 21  | 37.5 | 26.5 | 22  |
| XL  | 28  | 51  | 22  | 39.5 | 27   | 22  |
| 2XL | 29  | 53  | 23  | 42   | 28   | 23  |
| 3XL | 29  | 57  | 24  | 44.5 | 28   | 23  |



### *Clever Design*

*The jacket come with a removable hood to keep you warm and dry, the hood is made of high quality and soft cotton, also removable by unzipping it around the collar.*



**"Layer on Layer" Design**

*Zip out the front leather layer it is the inner smooth cotton layer also come with a tough zipper.*

*This "Layer on Layer" Design will give you the wind-proof effect and maintain body temperature*

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket – pipermall.com 8/14/20, 2:24 PM



### Snug Fit

*The rib knit on the hem and cuffs to keep you warm, prevent the wind to "sneak inside" and bringing the slim fit.*

## Multi-Zip Biker Leather Jacket

*The must-have leather biker jacket of the year. It's based on the classic asymetric zipped model made famous by Marlon Brando in the Wild One with a bit of improvements with the zippers and zipper pockets on the body make the overall look more aggressive. Made from high quality leather with tough zips,*

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket @ pipermall.com                    8/14/20, 2:24 PM

*epaulettes and buckled hem, this jacket is truly versatile. Multitude of secure pockets on the body and sleeve provide plenty of storage options.*



**SIZE CHART:**

| Size (inch) | Length | Chest | Shoulder | Sleeve |
|---|---|---|---|---|
| S | 26 | 42.5 | 17.3 | 24.8 |
| M | 26.7 | 44 | 18 | 26 |
| L | 27.5 | 45.6 | 19.2 | 26.7 |
| XL | 27.8 | 47.2. | 20.2 | 27.1 |
| 2XL | 28 | 48.8 | 20.8 | 27.1 |
| 3XL | 28.3 | 50.3 | 22 | 27.5 |

Carhartt Classic But Amazing Premium Quality Leather Jacket, Multi Zip Biker Jacket – pipermall.com
Case 2:20-cv-12225-GCS-APP   ECF No. 1-8, PageID.214   Filed 08/18/20   Page 27 of 35
8/14/20, 2:24 PM

### *Details on the body*

*Zipper pockets and press stud pockets provide you not only*



*plenty of storage options, also make the overall look more aggressive.*

*The Gold color of the zippers, press studs and sewing line match perfectly with the Black leather.*

## *On-Sleeve Pocket*



*It is? designed for pens, important documents, and things that are hard to get.?*

### Belt and Buckles

*All the adjustable belt around the hip and buckles at two sides of the waist will make your jacket very versatile.*



# *Hooded Biker Leather Jacket*

*A fantastically versatile leather jacket that features a removeable fleece drawstring hood, two for the price of one. We've used a high grade leather hide and teamed it with truly innovative design that allows you to completely change the look of the jacket. With the front liner securely zipped in you have a fantastic leather hoodie jacket transforms the character and utility. We're really pleased with this style and we hope you like it too.*

**SIZE CHART:**



| Size (inch) | Length | Chest | Shoulder | Sleeve |
| --- | --- | --- | --- | --- |
| S | 25.5 | 42.2 | 18.8 | 25.5 |
| M | 26.3 | 45.2 | 19.8 | 26 |
| L | 27.1 | 48 | 20.8 | 26.3 |
| XL | 28 | 51.1 | 21.8 | 27.1 |
| 2XL | 28.7 | 54 | 22.8 | 28 |
| 3XL | 28.7 | 57 | 23.8 | 28.3 |

## Clever Design

The jacket come with a fleece removable hood to keep you warm and dry, the hood is made of high quality and soft cotton and fleece, also removable by unzipping it around the collar.



## "Layer on Layer" Design

Zip out the front leather layer it is the inner smooth cotton layer also come with a tough zipper.

This "Layer on Layer" Design will give you the wind-proof effect and maintain body temperature



## *Zipper Waist Pockets*

*Two waist pockets designed for phone, wallet, important things. It come with zipper to make sure you will never drop your stuff.*



## RELATED PRODUCTS







*(https://pipermall.com/product/carhartt-special-design-1-3d-full-print-hoodie-t-shirt-jacket-pant-polo/)*

Carhartt Special

*$34.99 – $99.50*

*(https://pipermall.com/product/carhartt-color-waves-personalized-custom-3d-full-print-hoodie-t-shirt-jacket-pant-polo/)*

Carhartt Color Waves

*$34.99 – $99.50*

*(https://pipermall.com/product/carhartt-special-design-1-button-shirt-button-shirt/)*

Carhartt Special

~~*$64.00*~~ *$45.95*

---

*Our Happy Customers*





 ★★★★★

Thank you for my mask. I love it!! 😂💕🥰

★★★★★

I am very happy with this purchase! Both masks wer
very well and looked great! I loved that they arrived f
small plastic bags too. They also shipped very quick
I appreciated since I have been wanting to get a face
covering for weeks. Great customer service. I would
definitely purchase from this seller again!

## CORPORATE

Contact Us
(https://pipermall.com/contact-
us/)

Privacy Policy
(https://pipermall.com/privacy-
policy/)

DMCA
(https://pipermall.com/dmca/)

› Acceptable Use Policy
Violation
(https://pipermall.com/dmca/acceptable-
use-policy-violation/)

› Intellectual Property Claim

## INFORMATION

Track Order
(https://pipermall.com/track-
order/)

Refund & Return
(https://pipermall.com/refund-
return/)

Shipping & Delivery
(https://pipermall.com/shipping-
delivery/)

TERMS OF SERVICE
(https://pipermall.com/terms-of-
service/)

## MORE INFO

➤ support@pipermall.com

▢ Support Time: 8h30 AM : 5h30
PM

   

Case 2:20-cv-12225-GCS-APP   ECF No. 1-8, PageID.222   Filed 08/18/20   Page 35 of 35

*(https://pipermall.com/dmca/intellectual-property-claim/)*

*TERMS OF SERVICE (https://pipermall.com/terms-of-service/)*

© 2019 PiperMall.com (/). All rights reserved.

Currency: USD (US Dollar)





Carhartt
Classic
But