# EXHIBIT 9

🚚 **Free shipping** for any orders above **$50.00**

TEE DO IT BETTER

🔍 What are you looking for?

Track your order 🛒

Entertainment | Interests | Family & Relationships | Jobs | Animals | Sports

Home > CH Store

# CH Store

☰ Filter

**SHOP FOR** —

○ Accessories

**PRODUCT TYPE** —

☐ Cloth face mask

**CATEGORY** +

**COLOR** +

Showing **24** items

Sort: **Top Selling** ⌄



Limited edition
**$15.95** ~~$18.95~~
Add to cart

Limited edition
**$15.95** ~~$18.95~~   17 colors
Add to cart

Limited edition
**$15.95** ~~$18.95~~   17 colors
Add to cart



Limited edition
**$129.95** ~~$149.95~~   17 colors
Add to cart

Limited edition
**$66.95** ~~$76.95~~   17 colors
Add to cart

Limited edition
**$42.95** ~~$49.95~~   17 colors
Add to cart







Limited edition
**$129.95** $149.95          17 colors

Add to cart

Limited edition
**$66.95** $76.95          17 colors

Add to cart

Limited edition
**$42.95** $49.95          17 colors

Add to cart

Limited edition
**$129.95** $149.95          17 colors

Add to cart

Limited edition
**$66.95** $76.95          17 colors

Add to cart

Limited edition
**$42.95** $49.95          17 colors

Add to cart



### Service

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

### Explore

Popular Storefronts

Tags directory

### Need Help

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA



Free shipping for any orders above $50.00

TEE DO IT BETTER

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$15.95** ~~$18.95~~

**Style:** Cloth Face Mask

Cloth Face Mask

**Color:** Black

**Qty:** 1

1

07:40:54 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film     Jobs

Share campaign

f Share

⚐ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign     Terms & Privacy   DMCA

Terms & Privacy   DMCA



**Free shipping** for any orders above $50.00

TEE DO IT BETTER

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$15.95** ~~$18.95~~

**Style:** Cloth Face Mask

Cloth Face Mask

**Color:** Black

**Qty:** 1

1

07:40:06 left to buy

Add To Cart

### Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

### Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

f   Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



Free shipping for any orders above $50.00

What are you looking for? Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

$15.95 ~~$18.95~~

**Style:** Cloth Face Mask

Cloth Face Mask

**Color:** Black

**Qty:** 1

1

07:40:19 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN I MC I DISC I AMEX I PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



Free shipping for any orders above $50.00

TEE DO IT BETTER | What are you looking for? | Track your order

Entertainment | Interests | Family & Relationships | Jobs | Animals | Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$15.95** ~~$18.95~~

**Style:** Cloth Face Mask

Cloth Face Mask

**Color:** Black

**Qty:** 1

1 07:39:46 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film    Jobs

Share campaign

f   Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 Indianapolis, IN 46204 | VISA MasterCard American Express DISCOVER PayPal |
| Contact Us | | | |

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy   DMCA                                    Terms & Privacy   DMCA



Free shipping for any orders above $50.00

What are you looking for? Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$15.95** ~~$18.95~~

**Style:** Cloth Face Mask

Cloth Face Mask

**Color:** Black

**Qty:** 1

1

07:39:26 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign        Terms & Privacy    DMCA        Terms & Privacy    DMCA



Free shipping for any orders above $50.00

TEE DO IT BETTER

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$15.95** ~~$18.95~~

**Style:** Cloth Face Mask

Cloth Face Mask

**Color:** Black

**Qty:** 1

1

07:39:07 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal



Free shipping for any orders above $50.00

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$129.95** ~~$149.95~~

**Style:** Cloth Face Mask - 10 Pack

Cloth Face Mask - 10 Pack

**Color:** Black

**Qty:** 1

1

07:37:21 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN I MC I DISC I AMEX I PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

[f] Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy   DMCA

Terms & Privacy   DMCA



**Free shipping** for any orders above $50.00

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$66.95** ~~$76.95~~

**Style:** Cloth Face Mask - 5 Pack

Cloth Face Mask - 5 Pack

**Color:** Black

**Qty:** 1

1

07:37:00 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy    DMCA

Terms & Privacy    DMCA



Free shipping for any orders above $50.00

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$42.95** ~~$49.95~~

**Style:** Cloth Face Mask - 3 Pack

Cloth Face Mask - 3 Pack

**Color:** Black

**Qty:** 1

1

07:36:34 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



Free shipping for any orders above $50.00

What are you looking for?

Track your order

Entertainment | Interests | Family & Relationships | Jobs | Animals | Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$129.95** ~~$149.95~~

**Style:** Cloth Face Mask - 10 Pack

Cloth Face Mask - 10 Pack

**Color:** Black

**Qty:** 1

1

07:36:10 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN I MC I DISC I AMEX I PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film     Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



Free shipping for any orders above $50.00

What are you looking for? Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$66.95** ~~$76.95~~

**Style:** Cloth Face Mask - 5 Pack

Cloth Face Mask - 5 Pack

**Color:** Black

**Qty:** 1

1

07:35:48 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

[f] Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   American Express   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



Free shipping for any orders above $50.00

TEE DO IT BETTER What are you looking for? Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$42.95** ~~$49.95~~

**Style:** Cloth Face Mask - 3 Pack

Cloth Face Mask - 3 Pack

**Color:** Black

**Qty:** 1

1 07:35:15 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film    Jobs

Share campaign

f Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



Free shipping for any orders above $50.00

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$129.95** ~~$149.95~~

**Style:** Cloth Face Mask - 10 Pack

Cloth Face Mask - 10 Pack

**Color:** Black

**Qty:** 1

1

07:35:26 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

 Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA    MasterCard    American Express    DISCOVER    PayPal

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy    DMCA    Terms & Privacy    DMCA



**Free shipping** for any orders above $50.00

TEE DO IT BETTER

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$66.95** ~~$76.95~~

**Style:** Cloth Face Mask - 5 Pack

Cloth Face Mask - 5 Pack

**Color:** Black

**Qty:** 1

1

07:35:05 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film     Jobs

Share campaign

f  Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign     Terms & Privacy   DMCA            Terms & Privacy   DMCA



Free shipping for any orders above $50.00

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$42.95** ~~$49.95~~

**Style:** Cloth Face Mask - 3 Pack

Cloth Face Mask - 3 Pack

**Color:** Black

**Qty:** 1

1

07:34:45 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

f Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 Indianapolis, IN 46204 | |
| Contact Us | | | |

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy   DMCA                    Terms & Privacy   DMCA



**Free shipping** for any orders above $50.00

TEE DO IT BETTER | What are you looking for? | Track your order

Entertainment | Interests | Family & Relationships | Jobs | Animals | Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$129.95** ~~$149.95~~

**Style:** Cloth Face Mask - 10 Pack

Cloth Face Mask - 10 Pack

**Color:** Black

**Qty:** 1

1

07:34:24 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

[f] Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD



Free shipping for any orders above $50.00

TEE DO IT BETTER

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$66.95** ~~$76.95~~

**Style:** Cloth Face Mask - 5 Pack

Cloth Face Mask - 5 Pack

**Color:** Black

**Qty:** 1

1

07:34:05 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

f Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



**Free shipping** for any orders above $50.00

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$42.95** ~~$49.95~~

**Style:** Cloth Face Mask - 3 Pack

Cloth Face Mask - 3 Pack

**Color:** Black

**Qty:** 1

1

07:33:46 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film   Jobs

Share campaign

f  Share

⚐ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   American Express   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy   DMCA

Terms & Privacy   DMCA



**Free shipping** for any orders above $50.00

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$129.95** ~~$149.95~~

**Style:** Cloth Face Mask - 10 Pack

Cloth Face Mask - 10 Pack

**Color:** Black

**Qty:** 1

1

07:32:51 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

© 2020 MakeYourOwnTeeShirtDesign     Terms & Privacy   DMCA                                    Terms & Privacy   DMCA



**Free shipping** for any orders above $50.00

What are you looking for? Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$66.95** ~~$76.95~~

**Style:** Cloth Face Mask - 5 Pack

Cloth Face Mask - 5 Pack

**Color:** Black

**Qty:** 1

1 07:32:32 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



**Free shipping** for any orders above $50.00

TEE DO IT BETTER

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$42.95** ~~$49.95~~

**Style:** Cloth Face Mask - 3 Pack

Cloth Face Mask - 3 Pack

**Color:** Black

**Qty:** 1

1

07:32:11 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy    DMCA

Terms & Privacy    DMCA



**Free shipping** for any orders above $50.00

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$129.95** ~~$149.95~~

**Style:** Cloth Face Mask - 10 Pack

Cloth Face Mask - 10 Pack

**Color:** Black

**Qty:** 1

1

07:31:04 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film     Jobs

Share campaign

f  Share

⚑ Report this campaign

### Service

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

### Explore

Popular Storefronts

Tags directory

### Need Help

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   American Express   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy    DMCA                    Terms & Privacy    DMCA



Free shipping for any orders above $50.00

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$66.95** ~~$76.95~~

**Style:** Cloth Face Mask - 5 Pack

Cloth Face Mask - 5 Pack

**Color:** Black

**Qty:** 1

1

07:30:43 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

f Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | VISA MasterCard American Express DISCOVER PayPal |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy    DMCA                    Terms & Privacy    DMCA



Free shipping for any orders above $50.00

TEE DO IT BETTER

What are you looking for?

Track your order

Entertainment Interests Family & Relationships Jobs Animals Sports

Home > CH Store > Limited edition

Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

From CH Store

Limited edition Mask

**$42.95** ~~$49.95~~

**Style:** Cloth Face Mask - 3 Pack

Cloth Face Mask - 3 Pack

**Color:** Black

**Qty:** 1

1

07:30:23 left to buy

Add To Cart

## Campaign Details

★ WORLDWIDE SHIPPING
★ Super Limited T-shirt Printing Sells Fast! Hurry up and get one before they disappear forever!
★ SAFE AND SECURE PAYMENT via SEEN | MC | DISC | AMEX | PAY PAL
★ Tips: Buy 2+ to save on shipping - Convenient international shipping!
★ HOW TO ORDER:
1. Choose your product and order to order!
2. Click on 'Buy now'
3. Choose the size and quantity
4. Enter your information and choose the payment method.
5. Place the order.

## Product Details

- Durable polyester cloth face covering
- Finished size: 7" X 3.5"
- Elastic bands to wrap around the ears for secure connection
- Pleated covering that adjusts based on size of face
- Machine washable in hot water, can be bleached and dried

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film     Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600 Indianapolis, IN 46204

English (United States)

$ USD

VISA    MasterCard    American Express    DISCOVER    PayPal

© 2020 MakeYourOwnTeeShirtDesign     Terms & Privacy   DMCA                Terms & Privacy   DMCA