# EXHIBIT 10



1825 EYE STREET, N.W. SUITE 900
WASHINGTON, DC 20006-5403
TELEPHONE: (202) 457-0160
FACSIMILE: (844) 670-6009
http://www.dickinsonwright.com

JENNY T. SLOCUM
JSlocum@dickinsonwright.com
(202) 659-6927

June 24, 2020

Tee Do It Better
IP Manager
211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204
copyright@teedoitbetter.com

        Re:    Unauthorized Use of Carhartt's Trademarks

Dear Sir/Madam:

     We represent Carhartt, Inc. ("Carhartt") in intellectual property matters. Carhartt owns exclusive rights in the CARHARTT name and trademark including in connection with its stylized "C" logo as depicted below for clothing, headwear, footwear and related items (the "Carhartt Marks"). Carhartt has made extensive use of these marks, including on clothing for over 50 years, and the marks are famous. As a result, our client has developed a significant reputation in connection with the Carhartt Marks.

   

     It has recently come to our client's attention that you are offering for sale unauthorized CARHARTT branded products, including but not limited to facemasks. See https://www.teedoitbetter.com/stores/chstore. These clear counterfeit products include direct copies of Carhartt's famous C Logo and CARHARTT mark, identical use and layout of the Carhartt protected font. Screenshots reflecting your sale and distribution of these unauthorized items are copied below and at the top of the following page (see also Exhibits):

**CH Store**

| | Showing **24** items | | Sort: **Top Selling** ∨ |

Filter

SHOP FOR ─

  ○  Accessories

PRODUCT TYPE ─

  ☐  Cloth face mask

CATEGORY +

COLOR +

Limited edition
**$15.95** ~~$18.95~~
**Add to cart**

Limited edition
**$15.95** ~~$18.95~~  17 colors
**Add to cart**

Limited edition
**$15.95** ~~$18.95~~  17 colors
**Add to cart**

ARIZONA    CALIFORNIA    FLORIDA    KENTUCKY    MICHIGAN
NEVADA    OHIO    TENNESSEE    TEXAS    TORONTO    WASHINGTON DC

DICKINSON WRIGHT PLLC

June 24, 2020
Page 2



Dickinson Wright PLLC

June 24, 2020
Page 3



DICKINSON WRIGHT PLLC

June 24, 2020
Page 4

Such unauthorized use of the Carhartt Marks is a direct and egregious infringement of our client's trademark rights. The sale and distribution of these unauthorized counterfeit products containing the Carhartt Marks, creates a likelihood of confusion and will lead consumers to mistakenly believe such products were designed, manufactured and distributed by Carhartt, or on behalf of Carhartt. Our client has not approved such use of its marks.

The purpose of this letter is to demand that you **immediately** cease and desist from any further use, sales, or display of the Carhartt Marks on any product. In this regard, we require that you provide us by no later than __**June 30, 2020,**__ and in writing:

1. Confirmation that you have removed these products from any and all websites, retail stores, social media accounts, and any other location currently displaying, advertising and/or selling the same or similar variations. We are aware of other websites operated by you, including cozy-shirt.com, Tee-chip, Scalable Press, Gossgear, etc.  This request applies to all related retail outlets;

2. Confirmation that you have ceased all sales of these unauthorized items through any retail channels, including the aforementioned websites, as well as any affiliated retail channels;

3. The identification of the designer, source, and manufacturer of these counterfeit products;

4. A full accounting of all inventory sold, the revenue collected and all inventory currently remaining in your possession bearing the Carhartt Marks; and

5. Your undertaking that you will permanently refrain from any further distribution, advertisement, promotion and sale of any product bearing a Carhartt Mark or any similar variations thereof.

In addition, our client requires that you send all remaining inventory to our offices, to my attention at the address shown on this correspondence, by no later than June 30, 2020.

Your prompt cooperation is appreciated.  Please contact me with any questions.

Sincerely,

Jenny T. Slocum

cc:    Carhartt, Inc.
*Enclosure*

DC 50824-1 479215v2

---

ARIZONA    CALIFORNIA    FLORIDA    KENTUCKY    MICHIGAN

NEVADA    OHIO    TENNESSEE    TEXAS    TORONTO    WASHINGTON DC

# ENCLOSURE

🚚 **Free shipping** for any orders above **$50.00**



**TEE DO IT BETTER**

What are you looking for?

Track your order 🛒

Entertainment    Interests    Family & Relationships    Jobs    Animals    Sports

Home > CH Store

# CH Store

≡ Filter

**SHOP FOR** —

⊙ Accessories

**PRODUCT TYPE** —

☐ Cloth face mask

**CATEGORY** +

**COLOR** +

Showing **24** items

Sort: **Top Selling** ⌄



Limited edition
**$15.95** ~~$18.95~~

Add to cart

Limited edition
**$15.95** ~~$18.95~~   17 colors

Add to cart

Limited edition
**$15.95** ~~$18.95~~   17 colors

Add to cart



Limited edition
**$129.95** ~~$149.95~~   17 colors

Add to cart

Limited edition
**$66.95** ~~$76.95~~   17 colors

Add to cart

Limited edition
**$42.95** ~~$49.95~~   17 colors

Add to cart









**Limited edition**
**$129.95** ~~$149.95~~  17 colors
Add to cart

**Limited edition**
**$66.95** ~~$76.95~~  17 colors
Add to cart

**Limited edition**
**$42.95** ~~$49.95~~  17 colors
Add to cart

**Limited edition**
**$129.95** ~~$149.95~~  17 colors
Add to cart

**Limited edition**
**$66.95** ~~$76.95~~  17 colors
Add to cart

**Limited edition**
**$42.95** ~~$49.95~~  17 colors
Add to cart



**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film   Jobs

Share campaign

f  Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | VISA  MasterCard  American Express  DISCOVER  PayPal |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign   Terms & Privacy   DMCA                    Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film       Jobs

Share campaign

[f] Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---------|---------|-----------|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 Indianapolis, IN 46204 | VISA MasterCard American Express DISCOVER PayPal |
| Contact Us | | | |

© 2020 MakeYourOwnTeeShirtDesign     Terms & Privacy   DMCA                              Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

Share

Report this campaign

| Service | Explore | Need Help |
|---------|---------|-----------|
| Track Order | Popular Storefronts | 1-833-933-1816 |
| FAQ | Tags directory | Submit a Request |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 Indianapolis, IN 46204 |
| Contact Us | | |

English (United States)

$ USD

© 2020 MakeYourOwnTeeShirtDesign        Terms & Privacy   DMCA        Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign     Terms & Privacy   DMCA     Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

🏳 Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600 Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film   Jobs

Share campaign

f Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | VISA MasterCard American Express DISCOVER PayPal |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign   Terms & Privacy   DMCA   Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | VISA MasterCard AMEX DISCOVER PayPal |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign          Terms & Privacy    DMCA                                    Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign      Terms & Privacy   DMCA      Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

Share

Report this campaign

| Service | Explore | Need Help | |
|---|---|---|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign          Terms & Privacy    DMCA                Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film     Jobs

Share campaign

f Share

⚑ Report this campaign

---

### Service

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

### Explore

Popular Storefronts

Tags directory

### Need Help

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600 Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

### Service

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

### Explore

Popular Storefronts

Tags directory

### Need Help

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

Share

Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign     Terms & Privacy   DMCA

Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

### Service

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

### Explore

Popular Storefronts

Tags directory

### Need Help

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy    DMCA    Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   American Express   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy   DMCA                    Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA    MasterCard    American Express    DISCOVER    PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   American Express   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film     Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign     Terms & Privacy   DMCA

Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

**Shipping Info**

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

**Tags**

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA    MasterCard    American Express    DISCOVER    PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f Share

⚐ Report this campaign

### Service

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

### Explore

Popular Storefronts

Tags directory

### Need Help

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   American Express   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy   DMCA

Terms & Privacy   DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

### Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

### Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film    Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA    MasterCard    American Express    DISCOVER    PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film       Jobs

Share campaign

f  Share

⚑ Report this campaign

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA   MasterCard   American Express   DISCOVER   PayPal

© 2020 MakeYourOwnTeeShirtDesign

Terms & Privacy    DMCA

Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film     Jobs

Share campaign

f  Share

⚑ Report this campaign

| Service | Explore | Need Help | |
|---------|---------|-----------|---|
| Track Order | Popular Storefronts | 1-833-933-1816 | English (United States) |
| FAQ | Tags directory | Submit a Request | $ USD |
| Returns, Refunds, & Exchanges | | 211 N Pennsylvania St. Suite 600 | |
| Contact Us | | Indianapolis, IN 46204 | |

© 2020 MakeYourOwnTeeShirtDesign        Terms & Privacy    DMCA                          Terms & Privacy    DMCA



All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

Learn more about our shipping rates here and our returns, refunds, and exchanges policy here.

Read about our latest update on COVID-19

## Tags

Film   Jobs

Share campaign

f  Share

⚑ Report this campaign

---

**Service**

Track Order

FAQ

Returns, Refunds, & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

**Need Help**

1-833-933-1816

Submit a Request

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

English (United States)

$ USD

VISA  MasterCard  American Express  DISCOVER  PayPal

© 2020 MakeYourOwnTeeShirtDesign    Terms & Privacy   DMCA

Terms & Privacy   DMCA