| Attorney or Party without Attorney: <br> Jenny T. Slocum <br> Dickinson Wright PLLC <br> 1825 I Street NW Suite 900 <br> Washington, DC 20006 <br> Telephone No: 202-659-6927 <br> Attorney For: Plaintiff | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> USDC Eastern District of Michigan | | | | |
| Plaintiff: Carhartt, Inc. <br> Defendant: Creestock.com, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:20-cv-12225-GCS-APP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Trademark Counterfeiting, Trademark Infringement, Unfair Competition, Trademare Dilution; Statement of Disclosure of Corporate Affiliations and Finnancial Interest; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served: Tee Do it Better
   b. Person served: Amanda Guimont, Human Resources , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 211 N Pennsylvania St, Indianapolis, IN 46204

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 01 2020 (2) at: 02:41 PM

6. **Person Who Served Papers:**
   a. Daniel Eberle
   b. FIRST LEGAL
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/02/2020
(Date)

(Signature)



PROOF OF SERVICE

4923822
(335025)