# Exhibit C

| | |
|---|---|
| **From:** | PiperMall.com |
| **To:** | Carly D. Fraker |
| **Subject:** | EXTERNAL: Ticket Received - Piper Mall Website and Use of Carhartt"s Trademarks |
| **Date:** | Tuesday, April 14, 2020 5:17:10 PM |

Dear Carly D. Fraker,

We would like to acknowledge that we have received your request and a ticket has been created.
A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://grexpress.freshdesk.com/helpdesk/tickets/8121

Thank you for your patience.

Sincerely,
GREXPRESS Support Team

| | |
|---|---|
| **From:** | CreeStock.com |
| **To:** | Carly D. Fraker |
| **Subject:** | EXTERNAL: Ticket Received - Cree Stock Website and Use of Carhartt"s Trademarks |
| **Date:** | Tuesday, April 14, 2020 5:17:50 PM |

Dear Carly D. Fraker,

We would like to acknowledge that we have received your request and a ticket has been created.
A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://grexpress.freshdesk.com/helpdesk/tickets/8122

Thank you for your patience.

Sincerely,
GREXPRESS Support Team