# Exhibit D

| | |
|---|---|
| **From:** | PiperMall.com |
| **To:** | Carly D. Fraker |
| **Cc:** | Jenny T. Slocum |
| **Subject:** | EXTERNAL: Re: Piper Mall Website and Use of Carhartt"s Trademarks |
| **Date:** | Tuesday, April 14, 2020 11:28:38 PM |

Dear Sir or Madam

Thank you for your contact!

We will check and delete them on website. It take 1-2 business days.

Kind regards,

*PiperMall*

On Wed, 15 Apr at 4:17 AM , Carly D. Fraker wrote:
Dear Sir/Madam,
Please find attached a letter regarding your unauthorized use of the Carhartt Marks in connection with the Piper Mall website. If you have any questions or would like to discuss, please let us know.
Regards,
Carly

**Carly D. Fraker** Of Counsel

International Square
1825 Eye St. N.W.
Suite 900
Washington, D.C. 20006

Phone 202.659.6936
Fax     844-670-6009
Email  CFraker@dickinsonwright.com



Admitted only in Illinois; Supervision by a member of the D.C. Bar.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

| | |
|---|---|
| **From:** | CreeStock.com |
| **To:** | Carly D. Fraker |
| **Cc:** | Jenny T. Slocum |
| **Subject:** | EXTERNAL: Re: Cree Stock Website and Use of Carhartt"s Trademarks |
| **Date:** | Tuesday, April 14, 2020 11:28:59 PM |

Dear Sir or Madam

Thank you for your contact!

We will check and delete them on website. It take 1-2 business days.

Kind regards,

*CreeStock*

> On Wed, 15 Apr at 4:17 AM , Carly D. Fraker wrote:
> Dear Sir/Madam,
> Please find attached a letter regarding your unauthorized use of the Carhartt Marks in connection with the Cree Stock website. If you have any questions or would like to discuss, please let us know.
> Regards,
> Carly
>
> **Carly D. Fraker** Of Counsel
>
> International Square
> 1825 Eye St. N.W.     Phone  202.659.6936
> Suite 900             Fax    844-670-6009
> Washington, D.C. 20006 Email CFraker@dickinsonwright.com
>
> 
>
> Admitted only in Illinois; Supervision by a member of the D.C. Bar.
>
> The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.
>
> Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.