# Exhibit E

| | |
|---|---|
| **From:** | Carly D. Fraker |
| **To:** | PiperMall.com |
| **Cc:** | Jenny T. Slocum |
| **Subject:** | RE: EXTERNAL: Re: Piper Mall Website and Use of Carhartt"s Trademarks |
| **Date:** | Wednesday, April 15, 2020 9:08:12 AM |
| **Attachments:** | ~WRD000.jpg |
| | image001.jpg |

Dear Sir/Madam,

Thank you for confirmation that these infringing images will be promptly removed. As requested, we also require the amount of inventory and sales as well as the identification of the source that has designed and offered these counterfeit products on your website. We look forward to your continued cooperation.

Regards,

Carly

**From:** PiperMall.com
**Sent:** Tuesday, April 14, 2020 11:28 PM
**To:** Carly D. Fraker
**Cc:** Jenny T. Slocum
**Subject:** EXTERNAL: Re: Piper Mall Website and Use of Carhartt's Trademarks

Dear Sir or Madam

Thank you for your contact!

We will check and delete them on website. It take 1-2 business days.


Kind regards,

*PiperMall*


> On Wed, 15 Apr at 4:17 AM , Carly D. Fraker wrote:
> Dear Sir/Madam,
> Please find attached a letter regarding your unauthorized use of the Carhartt Marks in connection with the Piper Mall website. If you have any questions or would like to discuss, please let us know.
> Regards,
> Carly
>
> **Carly D. Fraker** Of Counsel
>
> International Square
> 1825 Eye St. N.W.
> Suite 900
> Washington, D.C. 20006
>
> 
>
> Phone  202.659.6936
> Fax      844-670-6009
> Email   CFraker@dickinsonwright.com

Image removed by sender.

Admitted only in Illinois; Supervision by a member of the D.C. Bar.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

| | |
|---|---|
| **From:** | Carly D. Fraker |
| **To:** | CreeStock.com |
| **Cc:** | Jenny T. Slocum |
| **Subject:** | RE: EXTERNAL: Re: Cree Stock Website and Use of Carhartt"s Trademarks |
| **Date:** | Wednesday, April 15, 2020 9:08:30 AM |
| **Attachments:** | ~WRD000.jpg |
| | image001.jpg |

Dear Sir/Madam,

Thank you for confirmation that these infringing images will be promptly removed. As requested, we also require the amount of inventory and sales as well as the identification of the source that has designed and offered these counterfeit products on your website. We look forward to your continued cooperation.

Regards,

Carly

**From:** CreeStock.com
**Sent:** Tuesday, April 14, 2020 11:29 PM
**To:** Carly D. Fraker
**Cc:** Jenny T. Slocum
**Subject:** EXTERNAL: Re: Cree Stock Website and Use of Carhartt's Trademarks

Dear Sir or Madam

Thank you for your contact!

We will check and delete them on website. It take 1-2 business days.


Kind regards,


*CreeStock*


> On Wed, 15 Apr at 4:17 AM , Carly D. Fraker wrote:
> Dear Sir/Madam,
> Please find attached a letter regarding your unauthorized use of the Carhartt Marks in connection with the Cree Stock website. If you have any questions or would like to discuss, please let us know.
> Regards,
> Carly
> **Carly D. Fraker** Of Counsel
>
> International Square
> 1825 Eye St. N.W.
> Suite 900
> Washington, D.C. 20006
>
> Phone  202.659.6936
> Fax      844-670-6009
> Email   CFraker@dickinsonwright.com



Admitted only in Illinois; Supervision by a member of the D.C. Bar.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.