# Exhibit F

Case 2:20-CV-12225-GCS-APP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CARHARTT, INC.

                    Plaintiff,

vs.

Support@Creestock.com d/b/a/
CREESTOCK.COM,
Supoport@PiperMall.com d/b/a
PIPERMALL.COM AND
TEE DO IT BETTER         Defendants.

## AFFIDAVIT OF ATTEMPTED SERVICE

      I, JASON MCKINNON, of the County of Simcoe, Province of Ontario **MAKE OATH AND SAY**:

1. That on October 7 2020, my office received instructions for service of the **COMPLAINT** in the above-noted matter for service on CREESTOCK at 17600 YONGE STREET, NEWMARKET, ONTARIO L3Y 4Z1

2. That on October 8 2020 at approximately 10:37 a.m., I attended at the above noted address for the purpose of effecting service. At the time of this attendance I found the address to be for the UPPER CANADA SHOPPING MALL. There is no company listed there with this name. I further spoke to security and also an employee of Shoppers Drug Mart at the mall however neither of them knew the company. The company name is also not on the directory. The address is the same one provided on the creestock.com website as per our client World Investigation.

3. That due to the aforementioned circumstances, our office has been unable to effect personal service of the above-noted documents on **CREESTOCK** at the address for service provided.

4. That I make this Affidavit in good faith and for no improper purpose.

SWORN BEFORE ME at the     )
Town of Newmarket, Regional   )
Municipality of York, Province    )   JASON MCKINNON, Process Server
Of Ontario, Canada, this 20th   )
Day of OCTOBER 2020         )

A Notary Public in and for the Province of Ontario
DANIEL SANDLER
Barrister, Solicitor &
Notary Public