MIED (Rev. 5/05) Request for Clerk's Entry of Default

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Carhartt, Inc.

|  |  |
|---|---|
| Plaintiff(s), | Case No.  20-cv-12225 |
| v. | Judge  George Caram Steeh |
| Creestock.com, Pipermall.com, and Tee Do It Better | Magistrate Judge  Anthony P. Patti |
| Defendant(s). | |

_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

Creestock.com, Pipermall.com, and Tee Do It Better          for failure to plead or otherwise defend.

### AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on _____ Tee Do It Better _____ at

211 N. Pennsylvania St, Indianapolis, IN 46204 on 10/01/2020          by

personal service.      The summons and complaint were served on Creestock.com and PiperMall.com on 11/5/2020 via e-mail in accordance with the Order Granting Motion for Alternative Service (ECF No. 9).

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date:  January 5, 2021                    /s/Christopher J. Ryan
_____

74053
Dickinson Wright, PLLC
350 S. Main Street
Suite 300
Ann Arbor, MI 48104
734-623-1907
cryan@dickinson-wright.com