UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Carhartt, Inc.,

          Plaintiff(s),

v.                                      Case No. 2:20−cv−12225−GCS−APP
                                        Hon. George Caram Steeh

Creestock.com, et al.,

          Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Tee Do it Better

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ L. Granger
                                                Deputy Clerk

Dated:   January 6, 2021